1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2700

5  Attorneys for Defendant

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   CARY D. HAUSER,                        CIV-S-05-0170 GGH

11            Plaintiff,

12      v.                                  STIPULATION AND [proposed]
                                            ORDER TO REDACT THE
13   JO ANNE B. BARNHART,                   ADMINISTRATIVE TRANSCRIPT
     Commissioner of
14   Social Security,

15            Defendant.

16

17

18        The parties to the above-captioned action, by and through the undersigned counsel, with

19   the appproval of the Court, hereby stipulate that the administrative transcript certified April 13,

20   2005 contains a confidential extra-party record at page 542, which has no bearing on this case.

21   The parties therefore stipulate that Defendant will redact said page by removing it from the

22   administrative transcript prior to the serving and filing of said transcript.

23        The parties further stipulate that any review copies of the record found at page 542,

24   provided to Plaintiff for the purpose of reaching this agreement, shall be destroyed or returned to

25   Defendant's counsel of record at the above-captioned address.

26        The parties further stipulate that the inadvertent inclusion of said record in the

27   administrative transcript is not and will not be a basis for a claimed error.

28        The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

1  document bearing counsel's original signature for retention in Defendant's case file, amd hereby

2  authorizes counsel for Defendant to file this document   in .pdf format under the latter's

3  Electronic Case Filing password, pursuant to Local Rule 7-131.

4  DATED: May 19, 2005                    /s/ Harvey P. Sackett
                                          HARVEY P. SACKETT
                                          Attorney at Law

5
                                          Attorney for Plaintiff
6

7  DATED: May 20, 2005                    McGREGOR W. SCOTT
                                          United States Attorney
8

9                                         By: /s/ Bobbie J. Montoya
                                          BOBBIE J. MONTOYA
10                                        Assistant U. S. Attorney

11                                        Attorneys for Defendant

12

13

14                        _____oOo_____

15                                ORDER

16

17 APPROVED AND SO ORDERED.

18 DATED: _May 31, 2005_             GREGORY G. HOLLOWS
19                                   GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

1   OF COUNSEL:

2   LUCILLE GONZALES MEIS
Chief Counsel, Region IX

3   THEOPHOUS H. REAGANS
Assistant Regional Counsel

4   United States Social Security Administration

5