```
 1  HARVEY P. SACKETT (72488)
 2  SACKETT
    AND ASSOCIATES
 3  A PROFESSIONAL LAW CORP.
    1055 Lincoln Avenue
 4  Post Office Box 5025
    San Jose, California 95150-5025
 5  Telephone: (408) 295-7755
    Facsimile: (408) 295-744
 6
    Attorney for Plaintiff
 7
```

FILED

JUL - 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY D. HAUSER, | Case No.: 05-00170 GGH |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, August 8, 2005 in which to serve and file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

//

//

1

STIPULATION AND ORDER

1
2  Dated: June 30, 2005                    /s/ BOBBIE J. MONTOYA
                                           BOBBIE J. MONTOYA
3                                          Assistant U.S. Attorney
4
5
6  Dated: June 30, 2005                    /S/ HARVEY P. SACKETT
                                           HARVEY P. SACKETT
                                           Attorney for Plaintiff
7                                          CARY D. HAUSER
8
9  IT IS SO ORDERED.
                                           GREGORY G. HOLLOWS
10 Dated: July 5, 2005
11                                         HON. GREGORY G. HOLLOWS
                                           U.S. Magistrate Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

STIPULATION AND ORDER