HARVEY P. SACKETT (72488)


1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

Attorney for Plaintiff


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY D. HAUSER, | ) Case No.: 05-00170 GGH |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Wednesday, September 7, 2005 in which to serve and file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has

before the district court that also require briefing.

//

//

Dated: August 4, 2005         /S/ BOBBIE J. MONTOYA
                               BOBBIE J. MONTOYA
                               Assistant U.S. Attorney


Dated: August 3, 2005         /S/ HARVEY P. SACKETT
                               HARVEY P. SACKETT
                               Attorney for Plaintiff
                               CARY D. HAUSER


IT IS SO ORDERED.


Dated: 8/8/05
                              /s/ Gregory G. Hollows
                              _____
                              HON. GREGORY G. HOLLOWS
                              U.S. Magistrate Judge

hauser170.eot08