```
 1  HARVEY P. SACKETT (72488)
 2  SACKETT
    AND ASSOCIATES
 3  A PROFESSIONAL LAW CORP.
    1055 Lincoln Avenue
 4  Post Office Box 5025
    San Jose, California 95150-5025
 5  Telephone: (408) 295-7755
    Facsimile: (408) 295-7444
 6
 7  /ne
 8  Attorney for Plaintiff
 9
10                  UNITED STATES DISTRICT COURT
11              EASTERN     DISTRICT OF CALIFORNIA
12  CARY D. HAUSER,              ) Case No.: 05-00170 GGH
                                 )
13               Plaintiff,      )
                                 )
14                               )
    v.                           ) STIPULATION AND ORDER
15                               )
                                 )
16  JO ANNE B. BARNHART,         )
    Commissioner, Social Security)
17  Administration,              )
                                 )
18               Defendant.      )
                                 )
19
20      Plaintiff and Defendant, through their respective attorneys,
21  hereby stipulate that Plaintiff shall have a third and final
22  extension of time up through and including Friday, October 7,
23  2005 in which to e-file her Motion for Summary Judgment. This
24  extension is necessitated by the number of other cases
25  Plaintiff's counsel currently has before the district court that
26  also require briefing.
27
28
```

1

STIPULATION AND ORDER

```
1  Dated: August 29, 2005          /s/ BOBBIE J. MONTOYA
                                   BOBBIE J. MONTOYA
2                                  Assistant U.S. Attorney
3
4
5  Dated: August 26, 2005          /S/ HARVEY P. SACKETT
                                   HARVEY P. SACKETT
6                                  Attorney for Plaintiff
                                   CARY D. HAUSER
7
8  IT IS SO ORDERED.
9
                                   GREGORY G. HOLLOWS
10 Dated: Sep 12, 2005
                                   _____
11                                 MAG. JUDGE GREGORY M. HOLLOWS
                                   U.S. Magistrate District Judge
```

STIPULATION AND ORDER